IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL T. LEE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:15cv374-MHT |
| ) | (WO) |
| COVINGTON COUNTY JAIL and ) | |
| PRESTON HUGHES, ) | |
| Administrator, ) | |
| ) | |
|    Defendant. ) | |

## JUDGMENT

There being no objection and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the magistrate judge (doc. no. 10) is adopted.

(2) Plaintiff's claim that his incarceration was illegally extended is dismissed without prejudice.

(3) Plaintiff's remaining claims are referred back to the magistrate judge for further proceedings.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 7th day of July, 2015.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE